UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-119 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JOHN DOE, a/k/a | ) | |
| WILLIAM EVERETT GEE, a/k/a | ) | |
| ROBERT ALLAN LOWE, a/k/a | ) | |
| ROBERT ALLAN LOEW, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:    Social Security Fraud; Misrepresenting a Social Security Number;

Unlawful Production of an Identification Document; Aggravated Identity

Theft; Mail Fraud

<u>Date of Detention Hearing</u>:    March 20, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER                                                                      15.13
18 U.S.C. § 3142(i)                                                                  Rev. 1/91
PAGE 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      Defendant's true identity is uncertain.  The name that he gives is different that the name to which his fingerprints in the National Crime Information Center are linked.  Further, the AUSA proffers information that alleges the defendant has gone to significant lengths to hide his identity, including changing his fingerprints.

2.      Defendant does not have a stable residence.  He has been living in a commercial space which is scheduled to be demolished.  A firearm was found in the unit at the time a search warrant was executed.

3.      Criminal history associated with the defendant includes warrant activity for failure to appear.  Prior charges include fraud, forgery, criminal impersonation, escape, fugitive charges, and multiple uses of aliases.  There are at least two active warrants.

4.      Defendant poses a risk of nonappearance due to association with alias identifiers, uncertainty regarding his true identity, lack of verification of contact information, a history of failing to appear and to comply with court orders, a lack of stable residence and several outstanding warrants.  He poses a risk of danger due to criminal history.

5.      There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1)      Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

DETENTION ORDER                                                                          15.13
18 U.S.C. § 3142(i)                                                                        Rev. 1/91
PAGE 2

01   pending appeal;

02   (2)   Defendant shall be afforded reasonable opportunity for private consultation with

03         counsel;

04   (3)   On order of a court of the United States or on request of an attorney for the

05         Government, the person in charge of the corrections facility in which defendant is

06         confined shall deliver the defendant to a United States Marshal for the purpose of

07         an appearance in connection with a court proceeding; and

08   (4)   The clerk shall direct copies of this Order to counsel for the United States, to

09         counsel for the defendant, to the United States Marshal, and to the United States

10         Pretrial Services Officer.

11   DATED this 20th day of March, 2008.

12

13                                         Mary Alice Theiler
                                           United States Magistrate Judge
14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 3